UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KRISTIN BOATNER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. C26-5218-SKV<br><br><br>~~[PROPOSED]~~ ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to remove from the record the evidence related to an individual other than the claimant and reconsider the case; take any further action needed to complete the administrative record; and issue a new decision.

////

///

Page 1        ~~[PROPOSED]~~ ORDER – [26-5218-SKV]

This Court will maintain jurisdiction over the case. If a fully favorable decision is not issued by the Agency after remand under sentence six of 42 U.S.C. § 405(g), Plaintiff should move to reopen this case rather than file a new Complaint.

DATED this 16th day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov

Page 2    [PROPOSED] ORDER – [26-5218-SKV]